IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

ALLSTATE VEHICLE AND PROPERTY
INSURANCE COMPANY and
ALLSTATE INDEMNITY COMPANY                                                  PLAINTIFFS


v.                                    NO. 6:19-CV-6037


SHRI KRISHNA, INC.; KALPA MODI;
VIPUL MODI; and CSG ENTERPRISES, INC.                                       DEFENDANTS

## JUDGMENT

For the reasons set forth in the Memorandum Opinion & Order (ECF No. 53) filed May 13, 2020, it is HEREBY ORDERED AND ADJUDGED that the Plaintiffs, Allstate Vehicle and Property Insurance Company and Allstate Indemnity Company, have no duty to defend against the claims asserted by CSG Enterprises, Inc. in the underlying lawsuit, *CSG Enterprises, Inc. v. Shri Krishna, Inc. et. al*, 26-cv-19-338, under the terms of Homeowners Policy Number 995742369 and Umbrella Policy Number 995744956.

IT IS SO ORDERED this 13th day of May, 2020.

/s/ Robert T. Dawson
ROBERT T. DAWSON
SENIOR U.S. DISTRICT JUDGE